IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUROFINS PHARMA US HOLDINGS, INC. and VIRALLIANCE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BIOALLIANCE PHARMA SA, VIRALLIANCE SAS, and GILLES AVENARD<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Eurofins Pharma US Holdings, Inc. ("EPUSH") and Viralliance, Inc. ("VI") states as follows:

EPUSH is a wholly-owned subsidiary of Eurofins Ventures, B.V., a private company with limited liability formed under the laws of The Netherlands, and VI is a wholly-owned subsidiary of EPUSH. No publicly held corporation owns 10% or more of the stock of either EPUSH or VI.

                                MORRIS NICHOLS ARSHT & TUNNELL LLP

                                */s/ Kenneth J. Nachbar*
                                Kenneth J. Nachbar (#2067)
                                1201 North Market Street, 18th Floor
                                P.O. Box 1347
                                Wilmington, DE 19899-1347
                                (302) 658-9200
                                knachbar@mnat.com

                                *Counsel for Plaintiffs*

OF COUNSEL

Daniel P. Goldberg
Monica Bhattacharyya
Dorit Ungar
Kristina R. Juntunen
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
dgoldberg@kasowitz.com
mbhattacharyya@kasowitz.com
dungar@kasowitz.com
kjuntunen@kasowitz.com


September 23, 2008